[No. 21246-0-I.   Division One.   November 14, 1988.]

VERA LOIS NEEDHAM, *Appellant,* v. JAMES A. MASON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–03233–1, Robert E. Dixon, J., entered October 7, 1987. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Pekelis, J.

[No. 8455–8–III.   Division Three.   November 15, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID WAYNE
DINKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 87–1–50033–0, Robert S. Day, J., entered March 17, 1987. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green, J., and Gavin, J. Pro Tem.

[No. 9228–3–III.   Division Three.   November 15, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
WALTER TROUTMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87–1–00897–6, William G. Luscher, J., entered March 7, 1988. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J.